IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BRENDA FRAZIER,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:16-CV-00114
                                      (Removed from Circuit Court of
                                      Monongalia County, C.A. No. 16-C-277)

FIESTAS WVA, LLC,

    Defendant.

## AGREED ORDER

On this day came the parties, by their respective counsel, and informed this Court that they stipulate and agree to an order designating Fiestas WVA, LLC, as the properly named defendant in this case, and the dismissal of AARSAND Management, LLC, d/b/a Taco Bell. There being no objection, and the Court perceiving no objection, it is hereby ORDERED that the proper defendant in this case is Fiestas WVA, LLC, and AARSAND Management, LLC, d/b/a Taco Bell is dismissed from this case. The Court further ORDERS that the style of this case shall be modified to identify Fiestas WVA, LLC, as the named defendant, and to omit reference to AARSAND Management, LLC, d/b/a Taco Bell. The Clerk of this Court is directed to send certified copies of this Order to all parties and/or counsel of record.

ENTER: 7-21-2016

JOHN PRESTON BAILEY, JUDGE

Approved for entry:


/s/William Flanigan [with permission]
William Flanigan (WVSB # 1217)
Law Office of Sanders, Austin and Flanigan
320 Courthouse Road
Princeton, West Virginia 24740
(304) 425-8125
(304) 425-4155 facsimile
*Counsel for Plaintiff*

and


/s/John M. Hedges [with permission]
John M. Hedges (WVSB # 1662)
Hedges & Lyons, PLLC
141 Walnut Street
Morgantown, West Virginia 26505
(304) 296-0123
(304) 296-0713 facsimile
*Counsel for Plaintiff*



s/Ashley Hardesty Odell
Ashley Hardesty Odell (WVSB # 9380)
Robert J. Zak (WVSB # 11726)
Bowles Rice LLP
7000 Hampton Center
Morgantown, WV 26505
(304) 285-2500
(304) 285-2575 facsimile
*Counsel for Defendant*